

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00472-CR

Susan **DONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 20, 2019.

_____
Patricia O. Alvarez, Justice